

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

April 10, 1958

Honorable Robert S. Calvert,
Comptroller of Public Accounts,
Capitol Station,
Austin, Texas

Opinion No. WW-413.

Re:  Whether the Comptroller
should include semester
credit hours in R.O.T.C.
courses in allocating
funds to the various state
institutions of higher
learning, pursuant to
Section 17 of Article VII
of the Constitution of

Dear Mr. Calvert:
Texas, as amended.

     Your request for an opinion relates that the State
Auditor has submitted in his audits two sets of figures for
the institutions affected by Section 17 of Article VII of the
Constitution of Texas, popularly referred to as the College
Constitutional Building Fund Amendment.  One set of figures
includes semester credit hours in R.O.T.C. courses while the
other set excludes such hours of credit.  You have requested
our opinion as to which set of figures should be used by you
in making the required allocation.

     The foregoing constitutional provision, as amended
November 16, 1956, levies a state ad valorem tax on property
of Five Cents (5¢) on the One Hundred Dollars ($100) valuation
"for the purpose of creating a special fund for the purpose
of acquiring, constructing and initially equipping buildings,
or other permanent improvements at the designated institutions
of higher learning".  It further provides:

> "Funds raised from said Five Cent (5¢)
> tax levy for the ten-year period beginning Janu-
> ary 1, 1958, shall be allocated by the Comptroller
> of Public Accounts of the State of Texas on June
> first of that year, based on the average long session
> full-time student equivalent enrollment (fifteen (15)
> semester credit hours shall constitute one full-time
> student) for the preceding five-year period of time,
> to the following State institutions of higher learn-
> ing then in existence, . . .

"Not later than June first of the beginning year of each succeeding ten-year period, the Comptroller of Public Accounts of the State of Texas, based on the average long session full-time student equivalent enrollment (fifteen (15) semester credit hours shall constitute one full-time student) for the preceding five-year period of time, shall re-allocate, to the above-designated institutions of higher learning then in existence, all funds to be derived from said Five Cent (5¢) ad valorem tax for said ten-year period; . . ."

It will be seen that the Constitution provides that the funds shall be allocated to the various institutions "based on the average long session full-time student equivalent enrollment" and that "fifteen (15) semester credit hours shall constitute one full-time student".

We are advised that the colleges offering R.O.T.C. courses do so by contractual arrangements with the federal government. The instructional services and materials are supplied by the federal government but class room and storage facilities must be furnished by the college at State expense. Students receiving R.O.T.C. instruction are awarded semester credit hours for successfully completing such courses of instruction, on substantially the same basis as they receive credit for other courses taken.

In view of the foregoing, it is our opinion that R.O.T.C. semester credit hours should be included in computing the full-time equivalent enrollment. To exclude them would be to write an exception into the Constitution which the language thereof does not permit.

## SUMMARY

The Comptroller of Public Accounts should include semester credit hours in R.O.T.C. courses in allocating funds to the various State institutions of higher learning, pursuant to Section

17 of Article VII of the Constitution
of Texas, as amended.

Yours very truly,

WILL WILSON
Attorney General of Texas

By Leonard Passmore
Assistant

LP:pf

APPROVED:

OPINION COMMITTEE

Geo. P. Blackburn, Chairman

Tom I. McFarling
J. Mark McLaughlin
J. Arthur Sandlin
B. H. Timmins, Jr.

REVIEWED FOR THE ATTORNEY GENERAL

By: W. V. Geppert.